FILED ___ ENTERED
LODGED ___ RECEIVED

AUG - 2 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

10-CV-00800-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRE LEWIS, | ) |
| Petitioner, | ) Case No. C10-800-JLR |
| | ) (CR06-360-JLR) |
| v. | ) |
| | ) **ORDER OF DISMISSAL** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

The Court, having reviewed Petitioner's motion to vacate his judgment and sentence brought under 28 U.S.C. § 2255 (Dkt. 1), the Report and Recommendation of United States [the objections of Petitioner and Respondent (Dkts 9 and 10)] Magistrate Judge Brian A. Tsuchida, and the balance of the record, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Motion to vacate (Dkt. 1) is **DENIED** and is **DISMISSED** with prejudice;

(3) In accordance with Rule 11(a) of the Rules Governing Section 2255 Cases in the United States District Courts, a certificate of appealability is **DENIED** with respect to both claims asserted by petitioner in his § 2255 motion.

///

///

ORDER OF DISMISSAL- 1

(4)     The Clerk of Court is directed to close the case and send copies of this Order to petitioner and to Magistrate Judge Brain A. Tsuchida.

DATED this 2ND day of August, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL- 2